UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DENNIS TOOLEY,                          )
an individual,                          )
                                        )    CASE NO.
            Plaintiff,                   )
                                        )
vs.                                     )
                                        )
FOX CHAPEL PROPERTIES II, L.L.C.,       )
an Indiana Limited Liability Company,   )
                                        )
            Defendant.                   )
_____   )

Dismissal with prejudice acknowledged [23]. The Clerk is directed to close this case.

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Dated: October 20, 2025

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: October 20, 2025

Respectfully submitted,                    Respectfully submitted,

/s/ Louis I. Mussman                       /s/ Alan J. Irvin                  .
Louis I. Mussman, Esq.                     Alan J. Irvin, Esq.
Bar No. 597155                             Donahoe Irvin PC
Ku & Mussman, P.A.                         111 North Rangeline Road
18501 Pines Boulevard, Suite 362           Carmel, IN 46032
Pembroke Pines, FL 33029                   Tel: (317) 580-3000
Tel: (305) 891-1322                        airvin@donahoe-irvin.com
Fax: (954) 686-3976                        *Attorneys for Defendant*
Louis@kumussman.com

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law

1